UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff<br>　　v.<br><br>KIMBERLY DAWN GILES-OLIN,<br>　　　　　　　　　Defendant. | CASE NO. 1:21-MJ-00037-SAB<br><br>**UNSEALING ORDER** |

　　Good cause appearing due to the defendant's pending detention hearing, it is hereby ordered that the Petition for Action on Conditions of Pretrial Release in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: __April 26, 2021__　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE